

March 25, 2013

**VIA ECF**
Hon. Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    Kathy Echevarria v. Diversified Consultants, Inc.
                      Case No.: 13-cv-4980

Dear Judge Peck,

    This office represents Defendant Diversified Consultants, Inc. ("DCI") in the above-referenced matter. On March 24, 2014, the Court denied DCI's Motion to Stay Proceedings. In Your Honor's Opinion and Order, it states, among other things, that DCI failed to file its Objections to Your Honor's February 28, 2014 Report and Recommendation to grant Plaintiff's motion for summary judgment and deny Defendant's motion for summary judgment (the "Report and Recommendation"). However, such is not the case.

    Pursuant to Your Honor's instructions in the Report and Recommendation itself, Defendant did not file its Objections to the Report and Recommendation via ECF. Rather, on March 14, 2014 (the day it was due), Defendant filed its Objections to the Report and Recommendation with the Clerk of the Court, by sending it via email to the Clerk's Office. In response, on March 17, 2014, we received an e-mail from the Clerk's office requesting we resubmit the Objections in hard copy to Orders & Judgments, Room 370. (I have attached this e-mail correspondence hereto for the Court's reference). Thereafter, our office sent hard copies via Federal Express to Orders & Judgments, Room 370. Additionally, courtesy copies were sent to Chambers.

    Accordingly, Defendant respectfully requests that its Objections to the Report and Recommendation be properly considered timely filed by the Court.

                                                      Respectfully submitted,

                                                      Cindy D. Salvo

cc: Yitzchak Zelman, Esq.
(via electronic mail (w/encls.))

185 Fairfield Avenue, Suite 3C/3D, West Caldwell, New Jersey 07006
(973) 226-2220 • (973) 900-8800 (fax) • www.salvolawfirm.com

Print | Close Window

**Subject:** Echevarria v. Diversified Consultants, 1:13-cv-4980, Defendant's Objection to Report and Recommendation
**From:** "Cindy Salvo" <csalvo@salvolawfirm.com>
**Date:** Fri, Mar 14, 2014 10:30 pm
**To:** judgments@nysd.uscourts.gov
**Bcc:** csalvo@SALVOLAWFIRM.COM
**Attach:** Brief, Objection to Report.pdf
Declaration of Cindy Salvo, objection to Report.pdf
Exhibit A, Salvo Decl., Objection to Report.pdf
Exhibit B, Salvo Decl., Objection to Report.pdf
Exhibit C, Salvo Decl., Objection to Report.pdf
Exhibit D, Salvo Decl., Objection to Report.pdf

We represent Defendant Diversified Consultants, Inc. in the above-referenced matter. I have attached our Objection to the Report and Recommendation, dated February 28, 2014, as well as the Declaration of Cindy D. Salvo, Esq. in support thereof, and attached exhibits A, B, C and D. Thank you.

Cindy D. Salvo, Esq.
The Salvo Law Firm, P.C.

Serving Clients in New Jersey and New York

**PLEASE NOTE OUR NEW ADDRESS IN NEW JERSEY**

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)

303 South Broadway, Suite 486
Tarrytown, New York 10591
(914) 366-7466
(973) 900-8800 (fax)

A Woman-Owned Law Firm (Certified by WBENC)

Copyright © 2003-2014. All rights reserved.

**Print**  |  **Close Window**

| | |
|---|---|
| **Subject:** | Re: Echevarria v. Diversified Consultants, 1:13-cv-4980, Defendant's Objection to Report and Recommendation |
| **From:** | orders_and_judgments@nysd.uscourts.gov |
| **Date:** | Mon, Mar 17, 2014 8:08 am |
| **To:** | "Cindy Salvo" <csalvo@salvolawfirm.com> |

Please resubmit in hard copy to Orders & Judgments room 370. Thank you.

From: "Cindy Salvo" <csalvo@salvolawfirm.com>
To: judgments@nysd.uscourts.gov
Date: 03/14/2014 10:30 PM
Subject: Echevarria v. Diversified Consultants, 1:13-cv-4980,
Defendant's Objection to Report and Recommendation

We represent Defendant Diversified Consultants, Inc. in the
above-referenced matter. I have attached our Objection to the Report and
Recommendation, dated February 28, 2014, as well as the Declaration of
Cindy D. Salvo, Esq. in support thereof, and attached exhibits A, B, C and
D. Thank you.

Cindy D. Salvo, Esq.
The Salvo Law Firm, P.C.

Serving Clients in New Jersey and New York

PLEASE NOTE OUR NEW ADDRESS IN NEW JERSEY

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)

303 South Broadway, Suite 486
Tarrytown, New York 10591
(914) 366-7466
(973) 900-8800 (fax)

A Woman-Owned Law Firm (Certified by WBENC)
[attachment "Brief, Objection to Report.pdf" deleted by Jennifer
Nobile/NYSD/02/USCOURTS] [attachment "Declaration of Cindy Salvo, objection
to Report.pdf" deleted by Jennifer Nobile/NYSD/02/USCOURTS] [attachment
"Exhibit A, Salvo Decl., Objection to Report.pdf" deleted by Jennifer
Nobile/NYSD/02/USCOURTS] [attachment "Exhibit B, Salvo Decl., Objection to
Report.pdf" deleted by Jennifer Nobile/NYSD/02/USCOURTS] [attachment
"Exhibit C, Salvo Decl., Objection to Report.pdf" deleted by Jennifer
Nobile/NYSD/02/USCOURTS] [attachment "Exhibit D, Salvo Decl., Objection to
Report.pdf" deleted by Jennifer Nobile/NYSD/02/USCOURTS]

Copyright © 2003-2014. All rights reserved.



March 18, 2014

**VIA FEDERAL EXPRESS**
Orders and Judgments
United States District Court
Southern District of New York
500 Pearl Street, Room 370
New York, New York 10007

        Re:  Echevvaria v. Diversified Consultants, Inc.
        Docket No.  1:13-CV-04980  LAK-AJP

Dear Sir/Madam:

    We represent Defendant, Diversified Consultants Inc., in the above referenced-matter. Enclosed please find a copy of the following, as per your recent e-mail request:

- Defendant's Objection to Report And Recommendation, dated February 28, 2014 and;
- Declaration of Cindy D. Salvo, Esq.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Cindy D. Salvo

CDS/ld
Encls.